UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Jason Herold,

Plaintiff,

vs.

John Doe, individually and as Deputy Sheriff for the County of Ramsey and The County of Ramsey,

Defendants.

Court File No. CV-00-2193 DSD/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The parties to the above-captioned action hereby stipulate that this action, and all claims asserted herein, should be fully and finally dismissed with prejudice, each party to bear his or its own costs and attorneys fees.

Dated: 3-1-01

PETERSON & NELSON

By: ____________________
Dan K. Nelson (7763X)
871 East Seventh Street
Minnehaha at East Seventh Street
St. Paul, MN 55106
(651) 774-2728

Dated: March 1, 2001

SUSAN GAERTNER
Ramsey County Attorney

By: ____________________
Thomas E. Ring (25082X)
Assistant Ramsey County Attorney
560 RCGC-West
50 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-3399

**IT IS SO ORDERED.**

Dated: 3/05/01

____________________
David S. Doty
Judge of United States District Court

MAR 06 2001

LET JUDGMENT BE ENTERED ACCORDINGLY.

(22780)

FILED MAR 06 2001